| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Stella K. Park, Esq., 152659<br>Yalan Zheng, Esq. 241294<br>yzheng@parkandzheng.com<br>Law Offices of Park & Zheng<br>6 Venture, Ste 265<br>Irvine, CA 92618 | |

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>STARWORLD USA LLC | CASE NO.:<br><br>CHAPTER: 7 |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___07/26/2023___

_NGAN TRAN as attorney-in-fact for Tuong M Nguyen_
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                    F 1007-1.MAILING.LIST.VERIFICATION

Bench Equity LLC
1223 S Clearview Suite 103
Mesa, AZ 85209


Julie Dao
16509 Brookhurst Street
Fountain Valley, CA 92708


Cindy Lina Vu
16284 Mt Islip Cir
Fountain Valley, CA 92708


Thuy T Dinh
57 Zen Gdn
Irvine, CA 92620


Geraci Law Firm
90 Discovery
Irvine, CA 92618